**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY BRANSCOMB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ESTES,<br><br>　　　　Defendant. | Case No. 1:13-cv-01201-AWI-SMS<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

　　　　Plaintiff Kerry Branscomb, a state prisoner proceeding *pro se*, filed a complaint in this action on August 1, 2013. Doc. 1.[1] On August 15, 2013, the undersigned screened the complaint and issued an order issued finding Plaintiff had failed to state any cognizable claims and directing Plaintiff to file an amended complaint within thirty days. Doc. 4.

　　　　Subsequently, Plaintiff has submitted a variety of correspondence to the Court. This has not been in the form of an amended pleading, and the Court has informed Plaintiff that it cannot consider *ex parte* communications. To the extent that Plaintiff believes he is challenging aspects of his sentencing in California Superior Court—such as the finding of a prior strike, the existence of additional charges which may have been dismissed, or whether Plaintiff had ever negotiated a plea bargain—jurisdiction does not properly lie at this time with a federal court.

　　　　More than thirty days have passed since the Court's screening order. At this time, there is no pleading on file which sets forth any claims upon which relief may be granted.  In the August 15,

---

[1] Eleven days later, Plaintiff filed a separate claim in this court against the same defendant. *See* 1:13 -cv-1257-AWI-SAB. The magistrate judge in that case has recommended dismissal with prejudice for failure to state a claim.

1

1  2013 order, Plaintiff was advised that failure to file an amended complaint would result in this action
2  being dismissed for failure to state a claim.

3  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed, with
4  prejudice, for Plaintiff's failure to state a claim. These findings and recommendations are submitted
5  to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's
6  Local Rule 304. Within fourteen (14) days of service of this recommendation, any party may file
7  written objections to these findings and recommendations with the Court and serve a copy on all
8  parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and
9  Recommendations." The district judge will review the magistrate judge's findings and
10 recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file
11 objections within the specified time may waive the right to appeal the district judge's order.
12 *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **October 23, 2013**            **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE